IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

STEPHEN GIANNAROS,

                     Plaintiff,

     v.

GROUP ROSSIGNOL USA, INC.,

                     Defendant.

Case No. 1:20-cv-10723

## <u>NOTICE OF SETTLEMENT</u>

PLEASE TAKE NOTICE that Plaintiff Stephen Giannaros and Defendant Group Rossignol USA, Inc. have reached an agreement in principle that will resolve the claims alleged in the case, *Giannaros v. Group Rossignol USA, Inc.*, Case No. 1:20-cv-10723. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: July 30, 2020           Respectfully Submitted,

                                */s/ Jason M. Leviton*
                                Jason M. Leviton (BBO# 678331)
                                **BLOCK & LEVITON LLP**
                                260 Franklin Street, Suite 1860
                                Boston, MA 02110
                                Phone: (617) 398-5600
                                jason@blockesq.com

                                Kevin W. Tucker (He/Him/His)
                                Pa. No. 312144
                                Kevin J. Abramowicz
                                Pa. No. 320659
                                **EAST END TRIAL GROUP LLC**
                                186 42nd St., P.O. Box 40127
                                Pittsburgh, PA 15201
                                Tel. (412) 877-5220
                                ktucker@eastendtrialgroup.com
                                kabramowicz@eastendtrialgroup.com

                                *Counsel for Plaintiff*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: July 30, 2020

*/s/ Jason M. Leviton*

Jason M. Leviton